IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>TANILLE TILFORD,<br><br>                  Defendant. | 4:14CR3066<br><br>**MEMORANDUM AND ORDER** |

Defendant has moved to continue defendant's status conference. (Filing No. 17). The motion to continue is unopposed and the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 17), is granted.

2) The defendant's status conference will be held before the undersigned magistrate judge on August 19, 2014 at 2:30 p.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

Dated this 16th day of June, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge